UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DISABLED PATRIOTS OF AMERICA, INC,
and EFREM WALKER,

        Plaintiffs,

v.                            Case Number 08-13826
                            Honorable David M. Lawson
NAMCO CAPITAL GROUP, INC.,      Magistrate Judge Charles E. Binder

        Defendant.
_____/

**STIPULATED ORDER OF DISMISSAL**

    Pursuant to the parties' stipulation.

    It is **ORDERED** that the case and all of the plaintiffs' claims against the defendant are **DISMISSED with prejudice** and without any costs or fees to any party.

                                       s/David M. Lawson
                                       DAVID M. LAWSON
                                       United States District Judge
Dated: March 27, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 27, 2009.

                            s/Lisa M. Ware
                            LISA M. WARE

Stipulated to and agreed by:

| | |
|---|---|
| /s/ Owen B. Dunn, Jr. (w/permission) | /s/ Matthew W. Schlegel |
| Law Office of Owen B. Dunn, Jr.<br>Attorney for Plaintiffs<br>520 Madison Avenue<br>Suite 330<br>Toledo, OH  43604<br>(419) 241-9661<br>Bar Number (P66315) | Matthew W. Schlegel<br>KUPELIAN ORMOND & MAGY, P.C.<br>Attorney for Defendant<br>25800 Northwestern Hwy., Ste. 950<br>Southfield, MI  48075<br>(248) 357-0000<br>Bar Number:  P36963<br>Email addresss:  mws@kompc.com |